# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CV Action No. 1:13-cv-11775-JLT

| | |
|---|---|
| ANGELA RICE f/k/a/ <br> ANGELA PINA, and <br> DANIEL RICE <br><br> Plaintiffs <br><br> WELLS FARGO BANK, N.A., s/b/m <br> WELLS FARGO BANK SOUTHWEST, N.A., f/k/a <br> WACHOVIA MORTGAGE, F.S.B., f/k/a <br> WORLD SAVINGS BANK, F.S.B. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW

NOW COMES Plaintiffs' counsel, who unfortunately, where considering the totality of the facts and newly created circumstances related to this matter herein respectfully files the instant Motion to Withdraw as counsel for Plaintiff. As basis therefore. Plaintiff's counsel states that due to the current procedural posture of this matter, he cites to Mass. R. Prof. C. Rule 1.16(b)(3), (4), and (5) for his basis to respectfully request discontinuation of representation of the Plaintiffs in this matter.

Plaintiffs' were informed prior to this filing that this Motion to Withdraw was a possibility, based upon recent developments in this matter, and are fully aware that said filing was to be made.

**WHEREFORE,** the Plaintiffs' counsel respectfully requests that this court grant his request to Withdraw as Plaintiffs' counsel.

Dated: November 06, 2014

Respectfully submitted,

*/S/ Glenn F. Russell, Jr.,*
Glenn F. Russell, Jr., Esq.
Glenn F. Russell, Jr., &
Associates, P.C.
38 Rock Street, Suite #12
Fall River, MA 02720
(508) 324-4545
BBO# 656914

Dated:  November 06, 2014

**LOCAL RULE 7.1 (A)(2) CERTIFICATION**

Pursuant to Federal Rules of Civil Procedure Rule 7 .1 (A)(2), I hereby state the following :

1 . I, Glenn F. Russell, Jr., represent the Plaintiffs in the above-entitled matter .

2. On November 06, 2014, I conferred with Defendant's counsel, David M. Bizar, to resolve the issue raised in Plaintiffs Counsel's Motion to Withdraw, who indicated that he took no position as to the issue raised herein.

Date: November 06, 2014

**CERTIFICATE OF SERVICE**

I, Glenn F. Russell, Jr., attorney for the Plaintiff hereby certifies that on this the 6th day of November, 2014, true and correct copies of the Plaintiff's Motion for Preliminary Injunction, by way of the ECF/CM system to the registered participants involved in this matter, and further upon the Defendants counsel of record in this matter.

David M. Bizar
Seafarth Shaw
World Trade Center East, Suite 300
Boston, MA. 02110

*/s/ Glenn F. Russell, Jr.*
Glenn F. Russell, Jr.