UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANGELA RICE**

**V.**                                             **CIVIL ACTION NO. 13-11775-DJC**

**WELLS FARGO BANK, N.A.**

**ORDER OF DISMISSAL**

CASPER, D.J.

     In light of the Defendants' motion for summary judgment, D. 61, which remains unopposed, and the Court's Order, D. 66, extending the deadline for any opposition by Plaintiffs' to February 20, 2015 and noting that failure to do would likely result in dismissal, the Court dismisses this action for failure to prosecute.

     SO ORDERED.

February 25, 2015                                             /s/ Lisa M. Hourihan
                                                                                            Deputy Clerk